AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-00426 | Date and time warrant executed: 8/14/2018 @ 0830 | Copy of warrant and inventory left with: Thomas Madden III |
| Inventory made in the presence of: HSI Agents | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached.

Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: August 20th, 2018

_____
Executing officer's signature

Aron Klaff, Special Agent
Printed name and title

AUSA: Jake Nare, 714-338-3549



# U.S. Immigration and Customs Enforcement

## SEARCH WARRANT INVENTORY FORM

| Date: | 8/14/2018 | Time of Service: | 0830 |
|---|---|---|---|
| **Premises/Name:** | THOMAS MADDEN | | |
| **Location/Thing:** | RESIDENCE | | |
| **Address:** | 10112 MALINDA LANE | | |
| **City:** | GARDEN GROVE, CA | | |
| **Zip:** | 92840 | | |

| Item # | Description | Location found | 6051 |
|---|---|---|---|
| 1 | HP LAPTOP S/N: CND212NG53 | OFFICE ROOM I | |
| 2 | APPLE IPHONE | ON PERSON MADDEN | |

*No Further Items*

Page 1 of 1 pages

# SEIZED EVIDENCE INVENTORY

Date: 8/14/2018

Time: 0830

Case #: CR07QR180R0001

Location: 10112 MALINDA LANE, GARDEN GROVE, CA 92840

Page 1 of 1

| ITEM # | DESCRIPTION | AMOUNT & UNIT | PLAIN VIEW (CHECK) | ROOM | LOCATION | SEIZED BY |
|---|---|---|---|---|---|---|
| 1 | HP LAPTOP S/N: CND213NG53 | 1 EA | ✓ | 1 | OFFICE ON DESK | SA M. ABEND |
| 2 | APPLE IPHONE | 1 EA | | | ON PERSON MADDEN | SA A. KLAPP |